# EXHIBIT A

EXCLUSIVE* Cate Blanchett shows some leg on the set of "Don't Look Up" - set number BGUS_2060385 - 4 images


**United States Copyright Office**

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Cate Blanchett shows some leg on the set of Don't Look
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷

Labeled View

***EXCLUSIVE* Cate Blanchett shows some leg on the set of "Don't Look Up" -...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002247691 / 2021-04-15 |
| **Application Title:** | *EXCLUSIVE* Cate Blanchett shows some leg on the set of "Don't Look Up" - set number BGUS_2060385 - 4 images |
| **Title:** | *EXCLUSIVE* Cate Blanchett shows some leg on the set of "Don't Look Up" - set number BGUS_2060385 - 4 images. [Group registration of published photographs. 4 photographs. 2021-01-19 to 2021-01-19] |
| **Description:** | 4 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-01-19 to 2021-01-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Ryan Miner; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2021 (4 photographs): 30082250, 30082249, 30082248, 30082247 |
| **Names:** | Miner, Ryan |
| | BackGrid USA, Inc. |

◁ previous    next ▷

| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▾]   Format for Print/Save |
| Enter your email address: [                    ] Email |

EXCLUSIVE* Cate Blanchett shows some leg on the set of "Dont Look Up" - set number BGUS_2060385 - 4 images

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

*EXCLUSIVE* Emma Watson, Florence Pugh, Saoirse Ronan and Eliza Scanlen get into character for "Little Women" - set number BGUS_1394112 - 20 images



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Emma Watson, Florence Pugh, Saoirse Ronan and Eliza Scanlen get
Search Results: Displaying 1 of 1 entries

[previous] [next]

Labeled View

### *EXCLUSIVE* Emma Watson, Florence Pugh, Saoirse Ronan and Eliza Scanlen get...

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002136865 / 2019-02-01

**Application Title:** *EXCLUSIVE* Emma Watson, Florence Pugh, Saoirse Ronan and Eliza Scanlen get into character for "Little Women" - set number BGUS_1394112 - 20 images

**Title:** *EXCLUSIVE* Emma Watson, Florence Pugh, Saoirse Ronan and Eliza Scanlen get into character for "Little Women" - set number BGUS_1394112 - 20 images. [Group registration of published photographs. 20 photographs. 2018-11-05 to 2018-11-05]

**Description:** 20 photographs : Electronic file (eService)

**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.

**Date of Creation:** 2018

**Publication Date Range:** 2018-11-05 to 2018-11-05

**Nation of First Publication:** United States

**Authorship on Application:** Ryan Miner; Domicile: United States. Authorship: photographs.

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in November 2018 (20 photographs): 17252179, 17252180, 17252181, 17252182, 17252183, 17252184, 17252185, 17252186, 17252187, 17252188, 17252189, 17252190, 17252191, 17252192, 17252193, 17252194, 17252195, 17252196, 17252332, 17252333

**Names:** Miner, Ryan
BackGrid USA, Inc.

[previous] [next]

| Save, Print and Email (Help Page) |
| Select Download Format [Full Record ▼]  Format for Print/Save |
| Enter your email address: [                    ]  Email |



*EXCLUSIVE* Emma Watson, Florence Pugh, Saoirse Ronan and Eliza Scanlen get into character for 'Little Women' - set number BGUS_1394112 - 20 images

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Samuel L. Jackson is spotted with the new and original Shaft while filming in NYC - set number BGUS_1146233 - 14 images



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Samuel L. Jackson is spotted with the new and original 'Shaft' while filming in
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Samuel L. Jackson is spotted with the new and original 'Shaft' while...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002103066 / 2018-05-16 |
| **Application Title:** | Samuel L. Jackson is spotted with the new and original 'Shaft' while filming in NYC - set number BGUS_1146233 - 14 images |
| **Title:** | Samuel L. Jackson is spotted with the new and original 'Shaft' while filming in NYC - set number BGUS_1146233 - 14 images. [Group registration of published photographs. 14 photographs. 2018-02-17 to 2018-02-17] |
| **Description:** | 14 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-02-17 to 2018-02-17 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Luis Guerra Jr.; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2018 (14 photographs): 10965454, 10965455, 10965456, 10965457, 10965458, 10965459, 10965460, 10965461, 10965462, 10965463, 10965464, 10965465, 10965466, 10965467 |
| **Names:** | Guerra Jr., Luis |
| | BackGrid USA, Inc. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format Full Record ▼   Format for Print/Save |
| Enter your email address: [                    ] Email |

Samuel L. Jackson is spotted with the new and original Shaft while filming in NYC - set number BGGS_1146233 - 14 images

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

2018-05-20 09:02:01

*EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images

# Copyright
United States Copyright Office

> The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.

**Help**   **Search**   **History**   **Titles**   **Start Over**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting Bad Boys'
Search Results: Displaying 1 of 1 entries

◁ previous   next ▷

**Labeled View**

***EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys"**...

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002149125 / 2019-04-12
**Application Title:** *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys" followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images
**Title:** *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys" followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images. [Group registration of published photographs. 27 photographs. 2019-01-15 to 2019-01-15]
**Description:** 27 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2019
**Publication Date Range:** 2019-01-15 to 2019-01-15
**Nation of First Publication:** United States
**Authorship on Application:** August Heim; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.
Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in January 2019 (27 photographs): 18420631, 18420632, 18420633, 18420634, 18420635, 18420636, 18420637, 18420638, 18420639, 18420641, 18420642, 18420643, 18420644, 18420645, 18420646, 18420647, 18420648, 18420649, 18420650, 18420651, 18420652, 18420653, 18420654, 18420655, 18420656, 18420657, 18420658
**Names:** Heim, August
BackGrid USA, Inc.

◁ previous   next ▷

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼]   Format for Print/Save

*EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting 'Bad Boys followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images

Enter your email address: [                    ] [ Email ]

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

EXCLUSIVE* First Look: Sebastian Stan begins filming The Falcon And The Winter Soldier in Atlanta! - set number BGUS_1786610 - 28 images


United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The
Search Results: Displaying 1 of 1 entries

◁ previous   next ▷

Labeled View

### *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002197921 / 2020-02-11 |
| **Application Title:** | *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The Winter Soldier' in Atlanta! - set number BGUS_1786610 - 28 images |
| **Title:** | *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The Winter Soldier' in Atlanta! - set number BGUS_1786610 - 28 images. [Group registration of published photographs. 28 photographs. 2019-11-14 to 2019-11-14] |
| **Description:** | 28 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-11-14 to 2019-11-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in November 2019 (28 photographs): 24891046, 24891045, 24891044, 24891043, 24891042, 24891041, 24891040, 24891039, 24891038, 24891037, 24891036, 24891035, 24891034, 24891033, 24891032, 24891031, 24891030, 24891029, 24891028, 24891027, 24891026, 24891025, 24891024, 24891023, 24891022, 24891021, 24891020, 24891019 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

◁ previous   next ▷



**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▾    Format for Print/Save

EXCLUSIVE: First Look: Sebastian Stan begins filming The Falcon And The Winter Soldier in Atlanta! - set number BGUS_1786610 - 29 images

Enter your email address: [                    ] [ Email ]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

XCLUSIVE* Wyatt Russell is seen as a war hero while filming the next Captain America * WEB EMBARGO UNTIL 1 pm ES on January 22, 2020* - set number BGUS_18437

# **C**opyright

**United States Copyright Office**

Library buildings are closed to the public until further notice, but the
U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-
EXCLUSIVE* Wyatt Russell is seen as a war hero while filming the next
Search Results: Displaying 1 of 1 entries

◄ **previous** | **next** ►

**Labeled View**

---

*PREMIUM-EXCLUSIVE* Wyatt Russell is seen as a war hero while filming the...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002205952 / 2020-04-20 |
| **Application Title:** | *PREMIUM-EXCLUSIVE* Wyatt Russell is seen as a war hero while filming the next Captain America * WEB EMBARGO UNTIL 1 pm EST on January 22, 2020* - set number BGUS_1843765 - 24 images |
| **Title:** | *PREMIUM-EXCLUSIVE* Wyatt Russell is seen as a war hero while filming the next Captain America * WEB EMBARGO UNTIL 1 pm EST on January 22, 2020* - set number BGUS_1843765 - 24 images. [Group registration of published photographs. 24 photographs. 2020-01-22 to 2020-01-22] |
| **Description:** | 24 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-01-22 to 2020-01-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2020 (24 photographs): 26114130, 26114129, 26114128, 26114127, 26114126, 26114125, 26114124, 26114123, 26114122, 26114121, 26114120, 26114119, 26114118, 26114117, 26114116, 26114115, 26114114, 26114113, 26114112, 26114111, 26114110, 26114109, 26114108, 26114107 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |



◄ **previous** | **next** ►

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format Full Record ▾ Format for Print/Save |

:CLUSIVE* Wyatt Russell is seen as a war hero while filming the next Captain America * WEB EMBARGO UNTIL 1 pm ES on January 22, 2020* - ser number BGUS_18437

Enter your email address: [                    ]   Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

XCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for The Disney+ new anticipated show Loki in Atlanta! - set number BGUS_1886477 - 28 ima...

# Copyright
**United States Copyright Office**

> **Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

**Labeled View**

---

### *EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming...

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002208426 / 2020-06-01 |
| **Application Title:** | *EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for The Disney+ new anticipated show 'Loki' in Atlanta! - set number BGUS_1886477 - 28 images |
| **Title:** | *EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for The Disney+ new anticipated show 'Loki' in Atlanta! - set number BGUS_1886477 - 28 images. [Group registration of published photographs. 28 photographs. 2020-03-04 to 2020-03-04] |
| **Description:** | 28 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-03-04 to 2020-03-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2020 (28 photographs): 27063661, 27063660, 27063659, 27063658, 27063657, 27063656, 27063655, 27063654, 27063653, 27063652, 27063651, 27063650, 27063649, 27063648, 27063647, 27063646, 27063645, 27063644, 27063643, 27063642, 27063641, 27063640, 27063639, 27063638, 27063637, 27063636, 27063635, 27063634 |
| **Names:** | Heim, August |
|  | BackGrid USA, Inc. |

◁ previous | next ▷



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record  ▼  Format for Print/Save |

:XCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for The Disney+ new anticipated show Loki-in Atlanta! - set number BGUS_1886477 - 28 ima

Enter your email address: [                    ]  Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

*EXCLUSIVE* Gal Gadot glides through the air for Wonder Woman 1984 *WEB MUST CALL FOR PRICING* - set number BGUS_1265548 - 20 images



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Gal Gadot glides through the air for 'Wonder Woman 1984' *WEB MUST
Search Results: Displaying 1 of 1 entries

◁ previous   next ▷

Labeled View

### *EXCLUSIVE* Gal Gadot glides through the air for 'Wonder Woman 1984' *WEB...

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002122247 / 2018-09-14 |
| **Application Title:** | *EXCLUSIVE* Gal Gadot glides through the air for 'Wonder Woman 1984' *WEB MUST CALL FOR PRICING* - set number BGUS_1265548 - 20 images |
| **Title:** | *EXCLUSIVE* Gal Gadot glides through the air for 'Wonder Woman 1984' *WEB MUST CALL FOR PRICING* - set number BGUS_1265548 - 20 images. [Group registration of published photographs. 20 photographs. 2018-06-18 to 2018-06-18] |
| **Description:** | 20 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-06-18 to 2018-06-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in June 2018 (20 photographs): 13407253, 13407254, 13407255, 13407256, 13407257, 13407258, 13407259, 13407260, 13407261, 13407262, 13407263, 13407264, 13407265, 13407266, 13407267, 13407268, 13407269, 13407270, 13407271, 13407272 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

◁ previous   next ▷



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]   Email |

*EXCLUSIVE* Gal Gadot glides through the air for Wonder Woman 1984 *WEB MUST CALL FOR PRICING* - set number BGUS_1265548* 20 images

**Help  Search  History  Titles  Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

EXCLUSIVE* "Stranger Things" Season 4 begins filming - set number BGUS_2007739 - 16 images



**United States Copyright Office**

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Stranger Things Season 4 begins filming
Search Results: Displaying 1 of 1 entries

◁ previous   next ▷

Labeled View

***EXCLUSIVE* "Stranger Things" Season 4 begins filming - set number...**

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002227783 / 2020-12-08 |
| **Application Title:** | *EXCLUSIVE* "Stranger Things" Season 4 begins filming - set number BGUS_2007739 - 16 images |
| **Title:** | *EXCLUSIVE* "Stranger Things" Season 4 begins filming - set number BGUS_2007739 - 16 images. [Group registration of published photographs. 16 photographs. 2020-10-01 to 2020-10-01] |
| **Description:** | 16 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-10-01 to 2020-10-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2020 (16 photographs): 29186372, 29186371, 29186370, 29186369, 29186368, 29186367, 29186366, 29186365, 29186364, 29186363, 29186362, 29186361, 29186360, 29186359, 29186358, 29186357 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

◁ previous   next ▷



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____  Email |

EXCLUSIVE: "Stranger Things" Season 4 begins filming - set number BGUS_2007739 - 16 images

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

The cast of Stranger Things films in Atlanta - set number BGUS_2019254 - 41 images

# Copyright
**United States Copyright Office**

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = cast of 'Stranger Things' films in Atlanta!
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷

Labeled View

---

*The cast of 'Stranger Things' films in Atlanta! - set number BGUS_2019254 -...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002227769 / 2020-12-08
**Application Title:** The cast of 'Stranger Things' films in Atlanta! - set number BGUS_2019254 - 41 images
**Title:** The cast of 'Stranger Things' films in Atlanta! - set number BGUS_2019254 - 41 images.
[Group registration of published photographs. 41 photographs. 2020-10-20 to 2020-10-20]
**Description:** 41 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2020
**Publication Date Range:** 2020-10-20 to 2020-10-20
**Nation of First Publication:** United States
**Authorship on Application:** August Heim; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in October 2020 (41 photographs): 29408238, 29408237, 29408236, 29408235, 29408234, 29408233, 29408232, 29408231, 29408230, 29408229, 29408228, 29408227, 29408226, 29408225, 29408224, 29408223, 29408222, 29408221, 29408220, 29408219, 29408218, 29408217, 29408216, 29408215, 29408214, 29408213, 29408212, 29408211, 29408210, 29408209, 29408208, 29408207, 29408206, 29408195, 29408194, 29408193, 29408192, 29408191, 29408190, 29408189, 29408188
**Names:** Heim, August
BackGrid USA, Inc.

◁ previous    next ▷

| **Save, Print and Email (Help Page)** |
| Select Download Format Full Record ▾    Format for Print/Save |

The cast of Stranger Things films in Atlanta! - set number BGUS_2019254 - 41 images

**Enter your email address:** [_____] Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of
Search Results: Displaying 1 of 1 entries



Labeled View

### *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set...

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002098194 / 2018-04-10 |
| **Application Title:** | *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of 'Avengers 4' - set number BGUS_1105954 - 42 images |
| **Title:** | *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of 'Avengers 4' - set number BGUS_1105954 - 42 images. [Group registration of published photographs. 42 photographs. 2018-01-10 to 2018-01-10] |
| **Description:** | 42 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Hwy, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-10 to 2018-01-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (42 photographs): 10218626, 10218627, 10218628, 10218629, 10218630, 10218667, 10218668, 10218669, 10218670, 10218671, 10218672, 10218673, 10218674, 10218675, 10218676, 10218677, 10218678, 10218679, 10218680, 10218681, 10218682, 10218683, 10218684, 10218685, 10218686, 10218687, 10218688, 10218689, 10218690, 10218691, 10218692, 10218693, 10218694, 10218695, 10218696, 10218697, 10218698, 10218699, 10218700, 10218701, 10218702, 10218703 |
| **Names:** | Heim, August
BackGrid USA, Inc. |

Save, Print and Email (Help Page)

Select Download Format [ Full Record ▾ ]   Format for Print/Save

Enter your email address: [                    ]   Email

EXCLUSIVE: Chris Evans sports his old Captain America costume on the set of Avengers 4 - set number BGUS_1105954 - 42 images

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images



---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain
Search Results: Displaying 1 of 1 entries



---

Labeled View

### *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002099945 / 2018-04-24 |
| **Application Title:** | *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images |
| **Title:** | *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images. [Group registration of published photographs. 28 photographs. 2018-01-26 to 2018-01-26] |
| **Description:** | 28 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-26 to 2018-01-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (28 photographs): 10504641, 10504642, 10504643, 10504644, 10504645, 10504646, 10504647, 10504648, 10504649, 10504650, 10504651, 10504652, 10504653, 10504654, 10504655, 10504656, 10504657, 10504658, 10504659, 10504660, 10504661, 10504662, 10504663, 10504664, 10504665, 10504666, 10504667, 10504668 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |



---

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▼   Format for Print/Save |
| Enter your email address: | _____   Email |

*PREMIUM-EXCLUSIVE: First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

*EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting 'Bad Boys followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images

# ©opyright
United States Copyright Office

The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.

**Help** **Search** **History** **Titles** **Start Over**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting Bad Boys'
Search Results: Displaying 1 of 1 entries

◄ **previous** **next** ►

**Labeled View**

### *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys"...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002149125 / 2019-04-12 |
| **Application Title:** | *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys'' followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images |
| **Title:** | *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys'' followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images. [Group registration of published photographs. 27 photographs. 2019-01-15 to 2019-01-15] |
| **Description:** | 27 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-15 to 2019-01-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2019 (27 photographs): 18420631, 18420632, 18420633, 18420634, 18420635, 18420636, 18420637, 18420638, 18420639, 18420641, 18420642, 18420643, 18420644, 18420645, 18420646, 18420647, 18420648, 18420649, 18420650, 18420651, 18420652, 18420653, 18420654, 18420655, 18420656, 18420657, 18420658 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

◄ **previous** **next** ►



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record ▼ Format for Print/Save |

*EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting 'Bad Boys followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images

Enter your email address: [                    ] | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2019-05-06 09:00:21

# Copyright
**United States Copyright Office**

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Donald Faison, Robin Lively and the 'Powerpuff Girls' filming the
Search Results: Displaying 1 of 1 entries

**previous** **next**

**Labeled View**

### *EXCLUSIVE* Donald Faison, Robin Lively and the 'Powerpuff Girls' filming...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002247692 / 2021-04-15 |
| **Application Title:** | *EXCLUSIVE* Donald Faison, Robin Lively and the 'Powerpuff Girls' filming the new CW series in Atlanta! - set number BGUS_2102533 - 58 images |
| **Title:** | *EXCLUSIVE* Donald Faison, Robin Lively and the 'Powerpuff Girls' filming the new CW series in Atlanta! - set number BGUS_2102533 - 58 images. [Group registration of published photographs. 58 photographs. 2021-04-07 to 2021-04-07] |
| **Description:** | 58 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-04-07 to 2021-04-07 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in April 2021 (58 photographs): 30763200, 30763199, 30763198, 30763197, 30763196, 30763195, 30763194, 30763193, 30763192, 30763191, 30763190, 30763189, 30763188, 30763187, 30763186, 30763185, 30763184, 30763183, 30763182, 30763181, 30763180, 30763179, 30763178, 30763177, 30763176, 30763175, 30763174, 30763173, 30763172, 30763171, 30763170, 30763169, 30763168, 30763167, 30763166, 30763165, 30763164, 30763163, 30763162, 30763161, 30763160, 30763159, 30763158, 30763157, 30763156, 30763155, 30763154, 30763153, 30763152, 30763151, 30763150, 30763149, 30763148, 30763147, 30763146, 30763145, 30763144, 30763143 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

**previous** **next**

**Save, Print and Email (Help Page)**



EXCLUSIVE: Donald Faison, Robin Lively and the Powerpuff Girls filming the new CW series in Atlanta! - set number BGUS_2102533 - 96 images

Select Download Format | Full Record ▾ |   Format for Print/Save

Enter your email address: [                    ]   Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

*EXCLUSIVE* Hailee Steinfeld and Jeremy Renner have fun on the set of Hawkeye - set number BGUS_2076310 - 62 images

# Copyright
**United States Copyright Office**

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Hailee Steinfeld and Jeremy Renner have fun on the set of
Search Results: Displaying 1 of 1 entries

[previous]  [next]

Labeled View

### *EXCLUSIVE* Hailee Steinfeld and Jeremy Renner have fun on the set of...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002247693 / 2021-04-15 |
| **Application Title:** | *EXCLUSIVE* Hailee Steinfeld and Jeremy Renner have fun on the set of 'Hawkeye' - set number BGUS_2076310 - 62 images |
| **Title:** | *EXCLUSIVE* Hailee Steinfeld and Jeremy Renner have fun on the set of 'Hawkeye' - set number BGUS_2076310 - 62 images. [Group registration of published photographs. 62 photographs. 2021-02-20 to 2021-02-20] |
| **Description:** | 62 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-02-20 to 2021-02-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2021 (62 photographs): 30341631, 30341630, 30341629, 30341628, 30341627, 30341626, 30341625, 30341624, 30341623, 30341622, 30341621, 30341620, 30341619, 30341618, 30341617, 30341616, 30341615, 30341614, 30341613, 30341612, 30341611, 30341610, 30341609, 30341608, 30341607, 30341606, 30341605, 30341604, 30341603, 30341602, 30341601, 30341600, 30341599, 30341598, 30341597, 30341596, 30341595, 30341594, 30341593, 30341592, 30341591, 30341590, 30341589, 30341588, 30341587, 30341586, 30341585, 30341584, 30341583, 30341582, 30341581, 30341580, 30341579, 30341578, 30341577, 30341576, 30341575, 30341574, 30341573, 30341572, 30341571, 30341570 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

[previous]  [next]

Save, Print and Email (Help Page)

EXCLUSIVE: Hailee Steinfeld and Jeremy Renner have fun on the set of Hawkeye - set number BGUS_2076310 - 62 images

Select Download Format | Full Record | Format for Print/Save

Enter your email address: | | Email

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

EXCLUSIVE* Hailee Steinfeld Takes aim on Hawkeye - set number BGUS_2076790 - 71 images

# ©opyright

**United States Copyright Office**

> **Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Hailee Steinfeld Takes aim on Hawkeye
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

Labeled View

***EXCLUSIVE* Hailee Steinfeld Takes aim on Hawkeye - set number BGUS_2076790...**

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002247694 / 2021-04-15

**Application Title:** *EXCLUSIVE* Hailee Steinfeld Takes aim on Hawkeye - set number BGUS_2076790 - 71 images

**Title:** *EXCLUSIVE* Hailee Steinfeld Takes aim on Hawkeye - set number BGUS_2076790 - 71 images. [Group registration of published photographs. 71 photographs. 2021-02-21 to 2021-02-21]

**Description:** 71 photographs : Electronic file (eService)

**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.

**Date of Creation:** 2021

**Publication Date Range:** 2021-02-21 to 2021-02-21

**Nation of First Publication:** United States

**Authorship on Application:** August Heim; Domicile: United States. Authorship: photographs.

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in February 2021 (71 photographs): 30350769, 30350768, 30350767, 30350766, 30350765, 30350764, 30350763, 30350762, 30350761, 30350760, 30350759, 30350758, 30350757, 30350756, 30350755, 30350754, 30350753, 30350752, 30350751, 30350750, 30350749, 30350748, 30350747, 30350746, 30350745, 30350744, 30350743, 30350600, 30350599, 30350598, 30350597, 30350596, 30350595, 30350594, 30350593, 30350592, 30350591, 30350590, 30350589, 30350588, 30350587, 30350586, 30350585, 30350584, 30350583, 30350582, 30350581, 30350580, 30350579, 30350578, 30350577, 30350576, 30350575, 30350574, 30350573, 30350572, 30350571, 30350570, 30350569, 30350568, 30350567, 30350566, 30350565, 30350564, 30350563, 30350562, 30350561, 30350560, 30350559, 30350558, 30350557

**Names:** Heim, August
BackGrid USA, Inc.

◁ previous | next ▷

EXCLUSIVE* Hailee Steinfeld Takes aim on Hawkeye - set number BGUS_2075790* 71 images

**Save, Print and Email (Help Page)**

Select Download Format | Full Record | Format for Print/Save

Enter your email address: [                    ] Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page