# EXHIBIT B



Don't Look Up (2021)

Nate Richman in Don't Look Up (2021)

People Nate Richman
Titles Don't Look Up





Little Women (2019)

Emma Watson, Saoirse Ronan, Florence Pugh, and Eliza Scanlen in Little Women (2019)

People  Emma Watson, Saoirse Ronan, Florence Pugh, Eliza Scanlen

Titles  Little Women





Little Women (2019)

Emma Watson, Saoirse Ronan, and Florence Pugh in Little Women (2019)

People  Emma Watson, Saoirse Ronan, Florence Pugh
Titles  Little Women



www.imdb.com/title/tt3281548/mediaviewer/rm1358214657/ __ __ 2021-04-14 17:39:37 -07:00 __



Little Women (2019)

Emma Watson and Eliza Scanlen in Little Women (2019)

People  Emma Watson, Eliza Scanlen
Titles  Little Women



Little Women (2019)

Yorick Le Saux, Emma Watson, Saoirse Ronan, Florence Pugh, and Eliza Scanlen in Little Women (2019)

People  Yorick Le Saux, Emma Watson, Saoirse Ronan, Florence Pugh, Eliza Scanlen

Titles  Little Women

✕ Close



Little Women (2019)

Emma Watson and Eliza Scanlen in Little Women (2019)

People  Emma Watson, Eliza Scanlen
Titles  Little Women



Little Women (2019)

Emma Watson, Saoirse Ronan, Florence Pugh, and Eliza Scanlen in Little Women (2019)

**People** Emma Watson, Saoirse Ronan, Florence Pugh, Eliza Scanlen

**Titles** Little Women





Little Women (2019)

Emma Watson, Saoirse Ronan, and Florence Pugh in Little Women (2019)

People  Emma Watson, Saoirse Ronan, Florence Pugh
Titles  Little Women





Shaft (2019)

Samuel L. Jackson, Richard Roundtree, and Jessie T. Usher in Shaft (2019)

People: Samuel L. Jackson, Richard Roundtree, Jessie T. Usher
Titles: Shaft



Bad Boys for Life (2020)
Will Smith and Martin Lawrence in Bad Boys for Life (2020)

People Will Smith, Martin Lawrence
Titles Bad Boys for Life



The Falcon and the Winter Soldier (2021)

Sebastian Stan in The Falcon and the Winter Soldier (2021)

**People** Sebastian Stan

**Titles** The Falcon and the Winter Soldier





The Falcon and the Winter Soldier (2021)

Wyatt Russell in The Falcon and the Winter Soldier (2021)

People  Wyatt Russell

Titles  The Falcon and the Winter Soldier, New World Order



The Falcon and the Winter Soldier (2021)
Wyatt Russell in The Falcon and the Winter Soldier (2021)

People  Wyatt Russell
Titles  The Falcon and the Winter Soldier, New World Order



Loki (2021)

Owen Wilson and Tom Hiddleston in Loki (2021)

People Owen Wilson, Tom Hiddleston
Titles Loki



Wonder Woman 1984 (2020)

Gal Gadot in Wonder Woman 1984 (2020)

People Gal Gadot
Titles Wonder Woman 1984

Close



Stranger Things (2016)

Natalia Dyer in Chapter One: The Hellfire Club (2021)

People: Natalia Dyer

Titles: Stranger Things, Chapter One: The Hellfire Club



Stranger Things (2016)

Maya Hawke, Sadie Sink, Joe Keery, and Gaten Matarazzo in Chapter One: The Hellfire Club (2021)

People Maya Hawke, Sadie Sink, Joe Keery, Gaten Matarazzo
Titles Stranger Things, Chapter One: The Hellfire Club

✕ Close



Avengers: Endgame (2019)

Robert Downey Jr., Chris Evans, Paul Rudd, and Mark Ruffalo in Avengers: Endgame (2019)

People  Robert Downey Jr., Chris Evans, Paul Rudd, Mark Ruffalo
Titles  Avengers: Endgame

✕ Close



Avengers: Endgame (2019)

Robert Downey Jr., Chris Evans, Paul Rudd, and Mark Ruffalo in Avengers: Endgame (2019)

People  Robert Downey Jr., Chris Evans, Paul Rudd, Mark Ruffalo
Titles  Avengers: Endgame



× Close



Captain Marvel (2019)

[Brie Larson](#) in [Captain Marvel (2019)](#)

People  Brie Larson
Titles  Captain Marvel



Bad Boys for Life (2020)

Will Smith in Bad Boys for Life (2020)

People: Will Smith
Titles: Bad Boys for Life



Bad Boys for Life (2020)

Will Smith in Bad Boys for Life (2020)

People Will Smith
Titles Bad Boys for Life



Bad Boys for Life (2020)

Will Smith in Bad Boys for Life (2020)

People  Will Smith
Titles  Bad Boys for Life



Bad Boys for Life (2020)

Will Smith in Bad Boys for Life (2020)

People Will Smith
Titles Bad Boys for Life






Bad Boys for Life (2020)

Will Smith and Martin Lawrence in Bad Boys for Life (2020)

People Will Smith, Martin Lawrence
Titles Bad Boys for Life



Bad Boys for Life (2020)

Will Smith in Bad Boys for Life (2020)

People  Will Smith
Titles  Bad Boys for Life





Bad Boys for Life (2020)

Will Smith in Bad Boys for Life (2020)

People Will Smith

Titles Bad Boys for Life

Close



Bad Boys for Life (2020)

Martin Lawrence in Bad Boys for Life (2020)

People  Martin Lawrence
Titles  Bad Boys for Life





Bad Boys for Life (2020)

Will Smith in Bad Boys for Life (2020)

People Will Smith
Titles Bad Boys for Life

Case 2:21-cv-07476-MCS-JPR   Document 1-2   Filed 09/17/21   Page 32 of 42   Page ID #:74



✕ Close

**Powerpuff**

Yana Perrault **and** Dove Cameron **in** Powerpuff

**People** Dove Cameron, Yana Perrault
**Titles** Powerpuff



Powerpuff

Chloe Bennet in Powerpuff

People  Chloe Bennet
Titles  Powerpuff

imdb.com/title/tt12976292/mediaviewe... Case 2:21-cv-07078-MCS-JPR   Document 1-2   Filed 09/17/21   Page 34 of 42   Page ID #:76

☆

✕ Close

2 of 5

★ Bookmarks   Hub   Log In to Canvas   One LLP - My Appli...                    Other bookmarks   Reading list



**Powerpuff**

Yana Perrault, Chloe Bennet, and Dove Cameron in Powerpuff

**People** Chloe Bennet, Dove Cameron, Yana Perrault

**Titles** Powerpuff



Hawkeye (2021)

Jeremy Renner in Hawkeye (2021)

People: Jeremy Renner
Titles: Hawkeye



× Close



Hawkeye (2021)

Hailee Steinfeld in Hawkeye (2021)

People  Hailee Steinfeld
Titles  Hawkeye



Hawkeye (2021)

Hailee Steinfeld in Hawkeye (2021)

People  Hailee Steinfeld
Titles  Hawkeye



Hawkeye (2021)

Hailee Steinfeld in Hawkeye (2021)

People  Hailee Steinfeld
Titles  Hawkeye



Hawkeye (2021)

Hailee Steinfeld in Hawkeye (2021)

People: Hailee Steinfeld
Titles: Hawkeye








